**Electronically Filed
Supreme Court
SCWC-15-0000447
29-AUG-2017
02:24 PM**

SCWC-15-0000447

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BANK OF AMERICA, N.A., Successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, Respondent/Plaintiff-Appellee,

vs.

DIANNA KALANI KUPAHU, Petitioner/Defendant-Appellant,

AND

HALE AUPUNI COMMUNITY ASSOCIATION, Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000447; CIV. NO. 12-1-2882)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Dianna Kalani Kupahu's application for writ of certiorari filed on July 20, 2017, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 29, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

